FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 2:08

Joseph S. Stacey
Beard Stacey Trueb & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, AK 99501
(907) 272-7207
Attorney For Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE

| | |
|---|---|
| ALED ROBERTS, | IN ADMIRALTY |
| Plaintiff, | Case No. **A 05 - 292 - CV** |
| v. | |
| M/V CAPE AVILA, I.M.O. Number 9167033, her engines, tackle, gear, apparel, furniture, and equipment, *in rem*, | COMPLAINT *IN REM* |
| Defendant. | |

### COMPLAINT

Comes now the Plaintiff Aled Roberts, through counsel Beard Stacey Trueb & Jacobsen, LLP, for his complaint against the Defendant allege:

### I. JURISDICTION

1.1. This is an action within the admiralty and maritime jurisdiction of this Court brought at law and in admiralty. This is an action for personal injuries brought by Aled Roberts against the vessel *in rem* on which he was invited/working at the time of his injuries. Jurisdiction is vested pursuant to admiralty and maritime law.

COMPLAINT-1

## II. THE PARTIES

2.1 Plaintiff Aled Roberts was an invitee or a seaman working on defendant vessel at the time of his injury. Plaintiff is a resident of Texas.

2.2 The Defendant vessel, M/V CAPE AVILA is a oil tanker of a foreign flag. At all times material hereto, M/V CAPE AVILA was in navigable waters and capable of navigation. During the pendency of this litigation, M/V CAPE AVILA will be within the jurisdiction of this Court. This action is brought *in rem* against M/V CAPE AVILA, her tackle, engine, gear, apparel, furniture, and equipment.

## III. LIABILITY

3.1. On or about April 4, 2005, while in the course of his employment and while in the services of Defendants' vessel and/or at the invitation of defendant's owners and as a direct and proximate result of the negligence of the Defendant and or the unseaworthiness of M/V CAPE AVILA, the Plaintiff was seriously and permanently injured. Defendants may have breached State and/or Federal laws and/or regulations (hereafter, also referred to as negligence and/or unseaworthiness).

## IV. DAMAGES

4.1. As a direct and proximate result of the negligence of the Defendant and the unseaworthiness of the M/V CAPE AVILA, Plaintiff sustained injuries to his legs, back, spine, and other injuries. Plaintiff has incurred and/or with reasonable probability will incur in the future, medical expenses, lost earnings and lost earning capacity, pain and suffering, anguish, disfigurement, psychological stress, disability

COMPLAINT-2

and loss of enjoyment of life.

**WHEREFORE,** Plaintiff prays for judgment in accordance with the evidence to be presented at the time of trial and as may be permitted under the General Maritime Law for all general and special damages permitted under the law including but not limited to: lost wages both past and future, pain and suffering, both past and future, and disability compensation, together with taxable costs, interest and attorney fees. Plaintiff also prays for all remedies and procedures available *in rem*, including arrest of the defendant vessel, adjudgment of a priority lien, sale of vessel, and recovery of proceeds.

DATED this 16th day of December, 2005.

           BEARD STACEY TRUEB
           & JACOBSEN, LLP

           _____
           Joseph S. Stacey 0007041
           Attorneys for Plaintiff

COMPLAINT-3

## VERIFICATION

Joseph S. Stacey, being first duly sworn, deposes and sayeth: that he makes this Verification and that he has read the foregoing Complaint and that all the facts and allegations therein are true and correct to the best of his knowledge under penalty of perjury of the laws of the State of Alaska. That he, as the attorney for Aled Roberts, is authorized to make to this verification on behalf of the Plaintiff.

_____
Joseph S. Stacey

COMPLAINT-4

Beard Stacey Trueb & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, Alaska 99501
Telephone (907) 272-7207  Fax (907) 274-9115