FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 2:08

Joseph S. Stacey
Beard Stacey Trueb & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, AK 99501
(907) 272-7207
Attorney For Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | | |
|---|---|---|
| ALED ROBERTS, | ) | IN ADMIRALTY |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | A05-292-CV |
| v. | ) | |
| | ) | |
| M/V CAPE AVILA, I.M.O. | ) | |
| Number 9167033, her engines, | ) | |
| tackle, gear, apparel, furniture, and | ) | |
| equipment, *in rem*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO ISSUE WARRANT AND HOLD PROCESS IN ABEYANCE**
(Per Local Admiralty Rule 1(e)(5))

Plaintiff Aled Roberts, through counsel Beard Stacey Trueb & Jacobsen, LLP, and pursuant to Supplemental Admiralty Rule E and LAR 1(e)(5), moves this Court for an Order issuing the warrant to arrest the defendant vessel CAPE AVILA, but requiring the Clerk to hold the issuance of process in abeyance.

On this same date, plaintiff caused to be filed with this Court the In Rem Arrest Warrant Regarding the vessel CAPE AVILA, I.M.O. Number 9167033. It is plaintiff's desire to have the

Motion to Issue Warrant/Hold In Abeyance
Page 1

warrant issued, but that process be held in abeyance pursuant to LAR 1(e)(5). LAR 1(e)(5) provides:

> If a party files a pleading seeking relief *in rem* or *quasi in rem* which would require the clerk to issue process, and the party does not wish the process to be issued at that time, the party may move for an order providing that the warrant may issue, but requiring the clerk to hold the issuance of process in abeyance for good cause shown per Civil Rule 4(m). If the issuance of process is held in abeyance pursuant to Court order, the party seeking issuance of process must file a subsequent written request before the clerk shall issue process. In any case where issuance of process is held in abeyance, the one hundred twenty (120) day period of Civil Rule 4(m) will not begin to run until the process is actually issued by the clerk.

Good cause under Fed. R. Civ. P. 4(m) exists in the present matter. It has not yet been determined whether it will be necessary to arrest the *in rem* defendant. Under the circumstances, plaintiff does not perceive the present need to interfere with, or otherwise encumber the use and activities of the *in rem* defendant. For this reason, plaintiff wishes to preserve his rights to proceed against the *in rem* defendant without the necessity of actual process being issued at this time. LAR 1(e)(5) affords plaintiff the opportunity to meet these objectives; and in fact, plaintiff submits, was enacted in part for this very purpose. Therefore, plaintiff moves this Court for an Order issuing the warrant to arrest the defendant vessel, but requiring the Clerk to hold the issuance of process in abeyance until such time that plaintiff provides a written request to the Clerk that process be issued.

Motion to Issue Warrant/Hold In Abeyance
Page 2

DATED this 16th day of December, 2005.

BEARD STACEY TRUEB
& JACOBSEN, LLP

*/s/ J. Hay*
Joseph S. Stacey 0007041
Attorneys for Plaintiff

Motion to Issue Warrant/Hold In Abeyance
Page 3

Beard Stacey Trueb & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, Alaska 99501
Telephone (907) 272-7207  Fax (907) 274-9115