UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 21 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

ALED ROBERTS   v.   M/V CAPE AVILA, I.M.O.

THE HONORABLE John W. Sedwick

DEPUTY CLERK                               CASE NO. A05-292CV (JWS)

Shari Fuhrer

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 20, 2005

The above-referenced case is referred to Magistrate Judge Roberts for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| ___ | (1) | Administrative Inspection warrants; |
| ___ | (3) | Matters relating to nonpayment of seaman's wages; |
| ___ | (4) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| ___ | (5) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| ___ | (11) | Preferred ship mortgage foreclosures; |
| XXX | (12) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |

A05-0292-CV (JWS)   12/21/05
J. STACEY
Magistrate Judge Roberts