Joseph S. Stacey
Beard Stacey Trueb & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, AK 99501
(907) 272-7207
Attorney For Plaintiff

FILED
DEC 23 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALED ROBERTS, ) | IN ADMIRALTY |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | A05-292-CV |
| ) | |
| M/V CAPE AVILA, I.M.O. ) | |
| Number 9167033, her engines, ) | |
| tackle, gear, apparel, furniture, and ) | |
| equipment, *in rem*, ) | |
| ) | |
| Defendant. ) | |

ORDER AUTHORIZING THE ISSUANCE OF WARRANT
AND DIRECTING CLERK TO HOLD PROCESS IN ABEYANCE

THIS MATTER having come before the Court upon plaintiff Aled Roberts filing of a Verified Complaint *In Rem* for personal injuries, and a subsequent Motion to Issue Warrant and Hold Process in Abeyance requesting that a warrant be issued for the arrest of the M/V CAPE AVILA, I.M.O. Number 9167033, but that issuance of process with respect to the defendant vessel be held in abeyance, the Court having reviewed the pleadings and files in this matter, it is hereby, ORDERED that the conditions for an action *in rem* under Federal Rules of Civil

Order to Issue Warrant/Hold In Abeyance
Page 1



Procedure Supplemental Rule C appear to exist, and the clerk of the Court, using the proposed Order submitted by plaintiff, shall issue a warrant of maritime arrest, for the M/V CAPE AVILA, I.M.O. Number 9167033, her engines, tackle, gear, apparel, furniture, and equipment. For the reasons set forth in plaintiff's moving pleadings, this Court finds good cause exists pursuant to LAR 1(e)(5) and Fed. R. Civ. P. 4(m) for holding the issuance of process in abeyance.

Therefore, it is ORDERED that the clerk is directed to hold the issuance of process of the defendant vessel in abeyance until such time as plaintiff files a subsequent written request to the clerk requesting the clerk to issue process on the defendant vessel. Pursuant to LAR 1(e)(5), it is ORDERED that the one hundred twenty (120) day period of Fed. R. Civ. P. 4(m) will not begin to run until the date process is actually issued by the clerk.

DATED this 23rd day of December, 2005, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE

A05-0292--CV (JWS)     On 12-23-05
-------------------------------------
✓ J. STACEY
✓ US Marshal

Order to Issue Warrant/Hold In Abeyance
Page 2