**RECEIVED**

FEB 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Joseph S. Stacey
Beard Stacey Trueb & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, AK 99501
(907) 272-7207
Attorney For Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE

| | | |
|---|---|---|
| ALED ROBERTS, | ) | IN ADMIRALTY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M/V CAPE AVILA, I.M.O. Number 9167033, her engines, tackle, gear, apparel, furniture, and equipment, *in rem*, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Case No.: A05-292 CIV (JWS) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Aled Roberts, through counsel Beard Stacey Trueb & Jacobsen, LLP, and pursuant to Fed. R. Civ. P. 41(a)(1)(i), herein files this voluntary dismissal without prejudice, in the above captioned case. The defendant has not been served and, therefore, no Answer has been filed. Pursuant to Fed. R. Civ. P. 41(a)(1)(i), no further action is required of this Court.

Notice of Voluntary Dismissal - 1

Dated this 7th day of February, 2006.

                                      **Beard Stacey Trueb & Jacobsen**, LLP

                                      Joseph S. Stacey 0007041
                                      Attorneys for Plaintiff

Notice of Voluntary Dismissal - 2

Beard Stacey Trueb & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, Alaska 99501
Telephone (907) 272-7207   Fax (907) 274-9115